# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JOHNNYLEE PRESTON BURK,<br><br>                Defendant. | Case No. 3:15-cr-00088-SLG-3 |

**ORDER REGARDING CERTIFICATE OF APPEALABILITY:
DOCKETS 298, 301, 304, and 310**

This Court has previously issued several orders in this case related to Mr. Burk's 28 U.S.C. § 2255 motion. However, the Court did not address whether it was granting a certificate of appealability in those orders.[1] On November 17, 2020, the Ninth Circuit remanded this case for this Court to grant or deny a certificate of appealability.

As to the orders at Docket 298 (dismissing second/subsequent § 2255 motion), Docket 301 (denying motion to proceed pro se and dismissing supplemental § 2255 motion), Docket 304 (declining to take action on pro se filings), and Docket 310 (denying reconsideration), the Court finds that Mr. Burk

---

[1] "Upon the filing of a notice of appeal and a request for a certificate of appealability, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. 28 U.S.C. § 2253(c)(3). If no express request is made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for a certificate." *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

has not made the requisite substantial showing of the denial of a constitutional right, and therefore DENIES a certificate of appealability.[2] Mr. Burk may request a certificate of appealability from the Ninth Circuit Court of Appeals.

The Clerk of Court shall forward to the Ninth Circuit the record and a copy of this order.

DATED this 18th day of November, 2020, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] 28 U.S.C. §§ 2255(d), 2253(c)(2).  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (certificate of appealability may be granted only if applicant made a "substantial showing of the denial of a constitutional right," *i.e.*, a showing that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotations and citations omitted)).

Case No. 3:15-cr-00088-SLG, *United States v. Burk*
Order Re Certificate of Appealability
Page 2 of 2
Case 3:15-cr-00088-SLG   Document 311   Filed 11/18/20   Page 2 of 2