# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNNYLEE PRESTON BURK,<br><br>    Defendant. | Case No. 3:15-cr-00088-SLG-3 |

## ORDER REGARDING MOTION FOR RECUSAL

Before the Court at Docket 314 is *pro se* defendant Johnnylee Preston Burk's "Motion for § 455(b)(1) Recusal." Mr. Burk seeks to have this Court recuse itself from this matter pursuant to 28 U.S.C. § 455(b)(1).[1] No response from the government is necessary.

The Court need not address the motion on its merits because the motion is moot; there are no other pending motions or issues in this case that are before this Court to decide. Moreover, this Court does not have jurisdiction to hear a motion related to Mr. Burk's 18 U.S.C. § 2255 case because (1) the § 2255 motion was denied in 2018,[2] Mr. Burk's second/subsequent § 2255 motion was recently

---

[1] Docket 314 at 1. 28 U.S.C. § 455(b)(1) states that a judge shall disqualify himself "[w]here he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding."

[2] Docket 241.

dismissed for lack of jurisdiction,[3] and Mr. Burk has filed a notice of appeal in the Ninth Circuit related to the § 2255 action.[4] Mr. Burk must seek any relief related to the § 2255 action from the Ninth Circuit, not from this Court.

In light of the foregoing, IT IS ORDERED that the motion at Docket 314 is DENIED AS MOOT and otherwise DISMISSED for lack of jurisdiction.

DATED this 2nd day of December, 2020, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] Docket 298

[4] *United States v. Sadler*, 480 F.3d 932, 941 (9th Cir. 2007) ("Once a notice of appeal is filed, the district court loses jurisdiction over a case."); *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Case No. 3:15-cr-00088-SLG, *United States v. Burk*
Order Re Motion for Recusal
Page 2 of 2
Case 3:15-cr-00088-SLG   Document 315   Filed 12/02/20   Page 2 of 2